# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA PARISHES BANK

VERSUS

DANIEL M. FORREST, JR. A/K/A
DANIEL FORREST, JR. AND
REGINA B. FORREST A/K/A
REGINA FORREST

NO.  2019 CW 0922

OCT 2 8 2019

In Re:   Daniel M. Forrest, Jr. and Regina B. Forrest, applying
         for supervisory writs, 21st Judicial District Court,
         Parish of St. Helena, No. 23900.

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT NOT CONSIDERED IN PART; WRIT GRANTED IN PART WITH ORDER.** The writ application is untimely as to the district court's May 22, 2019 ruling denying the request for a preliminary injunction. An appeal may be taken as a matter of right from an order or judgment relating to a preliminary injunction. La. Code Civ. P. arts. 3612(B) & 2752(A). Such an appeal must be taken within fifteen days from the date of the order or judgment at issue. La. Code Civ. P. art. 3612(C). If a party elects to seek review by applying for supervisory writs, it must be done within the same time limits allowed for an appeal of the judgment complained of, which is fifteen days under La. Code Civ. P. art. 3612. **In re Harrier Trust**, 2018-667 (La. App. 3d Cir. 10/17/18), 259 So.3d 402, 408, citing **First Bank and Trust v. Duwell**, 2011-0104 (La. App. 4th Cir. 5/18/11), 70 So.3d 15, 17 n.5; see also **Johnson v. Montero**, 2017-0274 (La. App. 4th Cir. 3/29/17), 215 So.3d 479, 481. Though the Relators, Daniel M. Forrest, Jr. and Regina B. Forrest, chose to seek supervisory review rather than an appeal, the notice of intent was not submitted within fifteen days per La. Code Civ. P. art. 3612, and therefore is untimely.

However, the district court's June 13, 2019 judgment granting the Motion to Forfeit Bond is vacated. A motion should be tried contradictorily with the adverse party if the order applied for is one to which the mover is not clearly entitled and for which proof is required. La. Code Civ. P. art. 963. Therefore, this matter is remanded to the district court with instruction to conduct a contradictory hearing on the Motion to Forfeit Bond filed by The First, A National Banking Association, successor by merger to Florida Parishes Bank.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT